**EQUITY TRUST CO., FBO**      *      **NO. 2023-CA-0779**
**200267986 (59.51%) &**
**200267988 (40.49%)**      *      **COURT OF APPEAL**

**VERSUS**      *      **FOURTH CIRCUIT**

**JAMES M. THORRICK**      *      **STATE OF LOUISIANA**

     *

     *

**\* \* \* \* \* \* \***

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**